# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201700192**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## CALEB C. SOTO
Sonar Technician (Surface) Seaman (E-3), U.S. Navy
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander John T. Stephens, JAGC, USN.
Convening Authority: Commanding Officer, Training Support
Center, San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant M.W. Altman
II, JAGC, USN.
For Appellant: Captain Kimberly D. Hinson, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 21 September 2017

———————————

Before MARKS, WOODARD, and ELLINGTON, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order shall contain a summary of Charge I and its specification and note that they were withdrawn by the convening authority post-arraignment but before the entry of pleas.

For the Court



R.H. TROIDL
Clerk of Court